**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Theodore**<br>First name<br><br>**Thomas**<br>Middle name<br><br>**Harper**<br>Last name and Suffix (Sr., Jr., II, III) | **Lisa**<br>First name<br><br>**Ann**<br>Middle name<br><br>**Harper**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9557 | xxx-xx-7567 |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

Debtor 1 **Theodore Thomas Harper**
Debtor 2 **Lisa Ann Harper**      Case number *(if known)*

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EIN

**5. Where you live**

**3371 Mertz Rd**
**Caro, MI 48723**
Number, Street, City, State & ZIP Code

**Tuscola**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■    Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐    I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

21-20079-dob    Doc 1    Filed 01/27/21    Entered 01/27/21 12:00:09    Page 2 of 19
Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 2

Debtor 1  **Theodore Thomas Harper**
Debtor 2  **Lisa Ann Harper**                                    Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **EDMI-Bay City** | **11/05/18** | **18-22106** |
| | **EDMI-Bay City** | **1/25/17** | **16-20847** |
| | **See Attachment** | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____
Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
■ Yes. Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Theodore Thomas Harper**
Debtor 2 **Lisa Ann Harper**                                           Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

| Debtor 1 | **Theodore Thomas Harper** | |
|---|---|---|
| Debtor 2 | **Lisa Ann Harper** | Case number *(if known)* _____ |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Theodore Thomas Harper** | | |
|---|---|---|---|
| Debtor 2 | **Lisa Ann Harper** | Case number *(if known)* | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Theodore Thomas Harper** | **/s/ Lisa Ann Harper** |
|---|---|
| **Theodore Thomas Harper** | **Lisa Ann Harper** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **January 27, 2021** | Executed on **January 27, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 6

| | | |
|---|---|---|
| Debtor 1 | **Theodore Thomas Harper** | |
| Debtor 2 | **Lisa Ann Harper** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Melissa DiGiamberdine**   Date   **January 27, 2021**
Signature of Attorney for Debtor    MM / DD / YYYY

**Melissa DiGiamberdine P68198**
Printed name

**Tri County Lawyers, P.C.**
Firm name

**5080 W. Bristol Road**
**Ste. 4**
**Flint, MI 48507**
Number, Street, City, State & ZIP Code

Contact phone **810-600-1534**     Email address **digilawmi@gmail.com**

**P68198 MI**
Bar number & State

Debtor 1 **Theodore Thomas Harper**
Debtor 2 **Lisa Ann Harper**  Case number *(if known)*

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Theodore** | **Thomas** | **Harper** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Lisa** | **Ann** | **Harper** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **EDMI-Bay City** | **18-22106** | **11/05/18** |
| **EDMI-Bay City** | **16-20847** | **1/25/17** |
| **EDMI-Bay City** | **16-20847** | **5/04/16** |

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 8

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Theodore Thomas Harper, Lisa Ann Harper**, Debtor(s)

Case No. _____

Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ X ] **FLAT FEE**
    - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ........... **3,500.00**
    - B. Prior to filing this statement, received ........... **400.00**
    - C. The unpaid balance due and payable is ........... **3,100.00**

    [ ] **RETAINER**
    - A. Amount of retainer received ........... _____
    - B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **0.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    - ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    - ~~E. Reaffirmations;~~
    - ~~F. Redemptions;~~
    - G. Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    **In a Chapter13 proceeding, Pre-confirmation: our office may, at our discretion, file a fee application for pre-confirmation matters if we believe the $3,500 fee has been exceeded.**
    **In a Chapter 13 proceeding, Post-Confirmation: All services rendered post-confirmation shall be billed at the hourly rate of $300.00 per hour plus actual costs and expenses. Such fees, costs, and expenses shall be submitted for Court approval by fee application and shall be paid by the Chapter 13 Trustee as an administrative expense of the case through the Debtor's Chapter 13 Plan or per order of the court.**
    **If Debtor is covered under Hyatt Legal Services said attorney fees shall be paid by Hyatt Legal Services. If Debtor is no longer covered under Hyatt Legal Services, Debtor shall pay all post-petition attorney fees through the Chapter 13 Plan, subject to court approval.**

6. The source of payments to the undersigned was from:
    - A. **XX** Debtor(s)' earnings, wages, compensation for services performed
    - B. ____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

| | |
|---|---|
| Dated: **January 27, 2021** | **/s/ Melissa DiGiamberdine** |
| | Attorney for the Debtor(s) |
| | **Melissa DiGiamberdine** |
| | **Tri County Lawyers, P.C.** |
| | **5080 W. Bristol Road** |
| | **Ste. 4** |
| | **Flint, MI 48507** |
| | **810-600-1534** |
| | **digilawmi@gmail.com** |
| | **P68198 MI** |
| | |
| Agreed: **/s/ Theodore Thomas Harper** | **/s/ Lisa Ann Harper** |
| **Theodore Thomas Harper** | **Lisa Ann Harper** |
| Debtor | Debtor |

## United States Bankruptcy Court
### Eastern District of Michigan

In re: **Theodore Thomas Harper, Lisa Ann Harper**
Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **January 27, 2021**

**/s/ Theodore Thomas Harper**
**Theodore Thomas Harper**
Signature of Debtor

Date: **January 27, 2021**

**/s/ Lisa Ann Harper**
**Lisa Ann Harper**
Signature of Debtor

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


State of Michigan
Dept of Treasury, Collection Div
PO Box 30199
Lansing, MI 48909


Advance America
3316 S. Dort Highway
Flint, MI 48507


AES/Educational Loans
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105


Affirm, Inc.
Attn: Bankruptcy
Po Box 720
San Francisco, CA 94104


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


Amerimark Premier
PO Box 2845
Monroe, WI 53566-8045


Approved Cash Advance
1047 Summit Street
Lapeer, MI 48446


AT&T
5020 Ash Grove Road
Springfield, IL 62711


Audit Systems Incorporated
3696 Ulmerton Road
Suite 200
Clearwater, FL 33762

Big Picture Loans
E 23970
Pow Wow Trail
Watersmeet, MI 49969


Birchland Market
1251 1st St Ave
Chippewa Falls, WI 54729


Bristol West Insurance Services, Inc. of
PO Box 371329
Pittsburgh, PA 15250-7329


BYL Collections
P.O. Box 569
Malvern, PA 19355


Caine & Weiner
12005 Ford Road, Suite 300
Dallas, TX 75234


Capital Community Bank
3280 N. University
Provo, UT 84604


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Comenity/Simply Be
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenitybank/Meijer
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218


Comenitybank/William & Sonoma
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714


Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Dish Network
Dept 0063
Palatine, IL 60055-0063


Dort Financial Credit Union
Attn: Bankruptcy
Po Box 1635
Flint, MI 48501


DTE Energy
One Eergy Plaza
Detroit, MI 48226


Fifth & Glam
P.O. Box 2849
Monroe, WI 53566-8049


Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


First Savings Bank
Attn: Bankruptcy
Po Box 5019
Sioux Falls, SD 57117


First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117


Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348


Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Gettington Account Services
PO Box 70281
Saint Cloud, MN 56395-1500


H E Stack Agency, Inc.
PO Box 45710
Madison, WI 53744-5710


Hughes Network Systems, LLC
PO Box 96874
Chicago, IL 60693-6874


K. Jordan
PO Box 2809
Monroe, WI 53566-8009

Lapeer County Bank & Trust
83 W. Nepessing
PO Box 660
Lapeer, MI 48446


LJ Ross Associates, INc
P.O. Box 6099
Jackson, MI 49204


Mason Easy Pay
P.O. Box 2808
Monroe, WI 53566-8008


Masseys
P.O. Box 2822
Monroe, WI 53566


Mayville St
Po Box 650
Mayville, MI 48744


Mayvle Bk
Po Box 650
Mayville, MI 48744


Michigan Dep't of Treasury
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909


Michigan Guaranty Agency c/o ECMC
PO Box 16358
Saint Paul, MN 55116


Miles Kimball
PO Box 2860
Monroe, WI 53566-8060


Navient
Attn: Bankruptcy
Po Box 9640
Wilkes Barre, PA 18773

North Shore Agency Inc
751 Summa Ave
Westbury, NY 11590


Penn Credit Corp
2800 Commerce Drive
Harrisburg, PA 17110


Plain Green Loan
93 Mach Road, Suite 600
Big Sandy, MT 59520


Quantum3 Group
P.O. Box 2489
Kirkland, WA 98083


Reflex
PO Box 6812
Carol Stream, IL 60197


robert swick
744 S. Hooper
Caro, MI 48723


Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161


Southwest Credit
4120 International PKWY, Ste 1100
Carrollton, TX 75007-1958


Stoneberry
P.O. Box 2820
Monroe, WI 53566-8020


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896


Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Tbom/atls/aspire
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348


TCF Bank
567 E. Genesee Street
Lapeer, MI 48446


The Bank of Missouri
5109 S. Broad Band Lane
Sioux Falls, SD 57109


Thumb Cellular
P.O. Box 650
Pigeon, MI 48755-0650


Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118


Transworld System
5880 Commerce Blvd
Rohnert Park, CA 94928


TRS Recovery Dept
PO Box 4857
Houston, TX 77210


Village of Mayville
PO Box 219
6043 Fulton Street
Mayville, MI 48744


Webbank/Gettington
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

```
Zebit Inc
9530 Town Center Drive, Ste 200
San Diego, CA 92121
```